# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3298
_____

JOHN D. LEVITAN, SR.,

Appellant,

v.

GILEAD SCIENCES, INC., GILEAD
SCIENCES IRELAND UC,
PATTERSON, BELKNAPP, WEBB &
TYLER, LLP, a New York
Limited Liability Partnership,
GEOFFREY POTTER, an
Individual, TIMOTHY ALAN
WATERS, an Individual, ARON
FISCHER, an Individual, JOSHUA
STEIN, an Individual, THOMAS P.
KURLAND, an Individual, Jointly
and Severally,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

July 16, 2026

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and TREADWELL, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––

John D. Levitan, Sr., pro se, Appellant.

Bailey Howard of Clark Partington, Tallahassee, for Appellees.